IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GARNER, | ) | |
| | ) | No. 22 CV 06270 |
| Plaintiff, | ) | |
| v. | ) | Honorable Franklin U. Valderrama |
| | ) | U.S. District Judge |
| STEVEN KIDD, | ) | |
| **THOMAS COSTELLO**, et al., | ) | Susan E. Cox |
| Defendants, | ) | Magistrate Judge |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY THE COURT WITH REGARD TO DEFENDANTS IRIS Y. MARTINEZ, PINAL PATEL, ROSE BISHOP, AND TAMARA FOR FAILURE TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Plaintiff, James Garner, and respectfully moves this Honorable Court pursuant to **Rule 55(*b*)(*2*)** of the **Federal Rules of Civil Procedure** to grant "Plaintiff's Motion For Default Judgment By The Court With Regard To Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And Tamara For Failure To Answer Or Otherwise Plead" and in support thereof, states as follows:

### FACTS

1. On **November 8, 2022**; Plaintiff filed a Pro Se Federal RICO Lawsuit **22cv06270** against Defendants Lynda Segneri(*AKA "Lynda Marie COSTELLO"*), Thomas Costello, Integrity Investment Fund,LLC(*IIF*) and others, including accessories and or accomplices, like Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And Tamara, for conspiring to maliciously violate Plaintiff's Constitutional Rights(*as well as State Laws*) pursuant to the irrefutable fact that Defendant Thomas Costello, **in his own words confessed**, to the brazen July 3, 2022-theft of Plaintiff's property, on July 6, 2022 and theft of Plaintiff's lawful possession the white Church building that lawfully belongs to Plaintiff's, property tax exempt, "Correct Knowledge Is Power CHURCH of Simplicity = Genius"(*CK Church*) located at 1050 State Line Road, Calumet City, Illinois 60409.

**DEFENDANTS IRIS Y. MARTINEZ, PINAL PATEL, ROSE BISHOP, AND TAMARA PROPERLY SERVED WITH LAWSUIT(*22CV06270*) AND SUMMONS**

2. On **November 16, 2022**; a filed stamped copy of the Civil Complaint(*lawsuit 22cv06270*) and Summons was served upon Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And Tamara; (***SEE ATTACHED EXHIBIT -#1 - Attached Hereto***);

3. On **November 16, 2022**; The Summons was received in the District Clerk's Office as returned executed; (***SEE ATTACHED EXHIBIT -#2 - Attached Hereto***);

### DEFENDANTS IRIS Y. MARTINEZ, PINAL PATEL, ROSE BISHOP, AND TAMARA MADE A CONSCIOUS DECISION TO NOT FILE AN ANSWER OR OTHERWISE PLEAD WITHIN THE ALLOTTED TIME ALLOWED BY THE LAW

4. Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And Tamara knew that they had **21-days** from November 16, 2022 to file an Answer or otherwise Plead. Significantly, Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And Tamara had a "due date" of **December 7, 2022** to file an Answer or otherwise Plead. However, they elected to "thumb their noses" at the Federal Rules of Civil Procedure and the Law. Moreover, Attorney Tiffany Brooks would know to either file an Answer or otherwise plead on behalf of Defendants in this RICO lawsuit. Apparently, since Brooks is a licensed Attorney, her conduct after being made aware of this Civil Complaint, clearly indicates she has a mindset to ignore the Rule of Law, which makes our country great.

### DEFENDANTS IRIS Y. MARTINEZ, PINAL PATEL, ROSE BISHOP, AND TAMARA FAILED TO SEEK AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CIVIL COMPLAINT

5. Providing the Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And or Tamara believed they needed more time to file an Answer or otherwise Plead, such Defendants could have easily sought an enlargement of time to do so under **Rule 6** of the **Federal Rules of Civil Procedure**. Once again, Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And or Tamara, did nothing except to ignore the rules applicable to Federal Civil Procedure and ignore the Law.

### PLAINTIFF REQUEST THAT THIS COURT ENTER DEFAULT JUDGMENT AGAINST DEFENDANTS IRIS Y. MARTINEZ, PINAL PATEL, ROSE BISHOP, AND TAMARA AND SET

THIS MATTER FOR A HEARING ON DAMAGES

6. Plaintiff has clearly established that Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And or Tamara are in Default. This case with respect to Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And or Tamara <u>should be over by their own doing</u> and **flouting of the Law** that makes our country great.

## LEGAL STANDARD

7. Under the Constitution of the United States, which begins with "WE THE PEOPLE"; An unconstitutional act is not law; No one is bound to obey an unconstitutional law and no Courts are bound to enforce it; In our great country, no one is above the law and each Citizen is guaranteed certain RIGHTS guaranteed under the Constitution of the United States of America.

8. FOURTEENTH Amendment, of the United States of America, clearly states, "...No State shall make or enforce any Law which shall abridge the privileges or immunities of Citizens of the United States; Nor shall any State deprive any Person of Life, Liberty, or Property, without Due process of Law; Nor deny to any Person within its jurisdiction the Equal protection of the Laws..."

9. Rule 55(*b*)(*2*) of the Federal Rules of Civil Procedure.

## ARGUMENT

10. Poor USA Citizens are easy prey and are clearly betrayed, <u>when Public Servant Defendants like</u>, Iris Y. Martinez, Pinal Patel, Rose Bishop, And or Tamara, <u>aid and abet</u> ruthless dangerous educated sophisticated white-collar tax-$ stealing....house and Church stealing criminals like Defendants Lynda Segneri(*AKA "Lynda Marie COSTELLO"*) and Thomas Costello;
**BECAUSE** Thomas Costello clearly, <u>in his own words</u>, admitted to committing multiple crimes(*theft, burglary, extortion, criminal conspiracy, being part of an ongoing criminal Enterprise,etc*)....as he implicated multiple Public Servant accomplices and accessories, including Cook County Judges and

Prosecutors, in a treacherous ongoing real estate racket, that had repeatedly stolen from Plaintiff and many other poor Illinois property possessing USA Citizens, like Michael Bell and Michelle Kidd, who also were ripped off by the "racket" and forced to file a December 15, 2022-class action Federal lawsuit **22cv07061** against the very same "Indemnity Fund" regularly looted with impunity, according to Costello, by a small cabal of corrupt tax lawyers(*who Costello named*) much like....either his relative or current or former wife Defendant Segneri, who continues to foist fraud upon State Court to cover-up Costello's crimes, rather than cooperate with this Court's clear jurisdiction;

**THESE** Defendants deserve to be taught a lesson NOW for their heinous documented crimes, punished financially, and then punished via Federal prosecution, because Defendant Kim Foxx will not prosecute them......because according to Costello, Foxx's subordinates are their accomplices and accessories.

11. Therefore, Plaintiff urges this Court to set this matter for hearing on damages at the earliest practicable time of this Court's calendar.

WHEREFORE, the Plaintiff, James Garner, respectfully requests that this Honorable Court to grant "Plaintiff's Motion For Default Judgment By The Court With Regard To Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And Tamara For Failure To Answer Or Otherwise Plead", and any other relief that this Honorable Court deems Warranted.

Respectfully Submitted,
By:
Pro Se Plaintiff

JAMES GARNER
Plaintiff; P.O. Box 4360; Chicago, Illinois 60680;
**BusinessConsult1@yahoo.com**

AO 440 (Rev. 06/12) Summons in a Civil Action



EXHIBIT 1
"G" - LAW OFFI

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

JAMES GARNER
_____
Plaintiff(s)

v.

Cook County Worker Steven Kidd
Thomas Costello, et al
_____
Defendant(s)

Civil Action No. 22 cv 06270
RICO

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

IRIS Y. MARTINEZ
50 W. Washington St.  12th Flr
Chicago, Illinois 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES GARNER
P.O. BOX 4360
CHICAGO, ILLINOIS 60680 ;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

November 14, 2022
_____
DATE

1 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Iris Y. Martinez

was received by me on (date) Nov. 16, 2022 .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Attorney Tiffany Brooks , who is
designated by law to accept service of process on behalf of (name of organization) _____
Daley Center - #1001 on (date) Nov. 16, 2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Nov. 16 2022        _Lenora McDonald_
                              Server's signature

                          Lenora   McDonald
                          Printed name and title

                          12306 S. Union ; Chicago, Illinois 60628
                              Server's address

Additional information regarding attempted service, etc:

**FILED**  SMB
11/19/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

2 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

JAMES GARNER
*Plaintiff(s)*

v.

Cook County Worker Steven Kidd
Thomas Costello, Et Al.
*Defendant(s)*

Civil Action No. 22CV06270
RICO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PINAL PATEL
50 W. WASHINGTON ST. 12th FLOOR
CHICAGO, ILLINOIS 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES GARNER
P.O. BOX 4360
CHICAGO, ILLINOIS 60680 ;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

*/s/ signature/*

(By) DEPUTY CLERK

November 14, 2022

DATE

3 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Pinal Patel__

was received by me on *(date)* __Nov. 16, 2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Attorney Tiffany Brooks__, who is designated by law to accept service of process on behalf of *(name of organization)* _____
__Daley Center - #1001__ on *(date)* __Nov. 16, 2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __Nov. 16, 2022__

*Server's signature*

__Lenora McDonald__
*Printed name and title*

__12306 S. Union ; Chicago, Illinos 60628__
*Server's address*

Additional information regarding attempted service, etc:



FILED 11/19/2022 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

4 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

JAMES GARNER
_____
Plaintiff(s)

v.

Cook County Worker Steven Kidd
Thomas Costello, et al
_____
Defendant(s)

Civil Action No. 22 cv 06270
RICO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Rose Bishop
50 W. Washington St  12th Fl.
Chicago, Ill. 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Garner
P.O. Box 4360
Chicago, Illinois 60680 ;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

November 14, 2022
_____
DATE

5 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Rose Bishop__

was received by me on *(date)* __Nov. 16, 2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Attorney Tiffany Brooks__, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
__Daley Center - #1001__ on *(date)* __Nov. 16, 2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __Nov. 16 2022__

*Lenora McDonald*
Server's signature

__Lenora  McDonald__
Printed name and title

__12306 S. Union  ; Chicago, Illinois 50628__
Server's address

Additional information regarding attempted service, etc:



FILED  SMB
11/19/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

6 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

JAMES GARNER
_____
Plaintiff(s)

v.

Cook County Worker Steven Kidd
Thomas Costello, et al
_____
Defendant(s)

Civil Action No. 22 cv 06270

RICO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Tabana
50 W. Washington St. 12 th Flr
Chicago, Illinois 60602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Garner
P.O. Box 4360
Chicago, Illinois 60680 ;

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_signature_

(By) DEPUTY CLERK

November 14, 2022

DATE

7 of 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tamara_____
was received by me on *(date)* Nov. 16, 2022.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Attorney Tiffany Brooks__, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
__Daley Center - #1001_____ on *(date)* __Nov. 16, 2022__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: Nov. 16, 2022

_Lenora McDonald_
Server's signature

Lenora McDonald
Printed name and title

12306 S. Union ; Chicago, Illinois 60628
Server's address

Additional information regarding attempted service, etc:



FILED
11/19/2022  SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

8 of 8

Activity in Case 1:22-cv-06270 Garner v. Kidd et al summons returne...    https://mail.yahoo.com/b/folders/1/messages/AFvqymVXkd-bY31

### Activity in Case 1:22-cv-06270 Garner v. Kidd et al summons returned executed


EXHIBIT 2 "G"-LAW OFFICE

usdc_ecf_ilnd@ilnd.uscourts.gov
To: ecfmail_ilnd@ilnd.uscourts.gov

businessconsult.../Inbox
Nov 22 at 3:47 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court
Northern District of Illinois - CM/ECF NextGen 1.6.3

**Notice of Electronic Filing**

The following transaction was entered on 11/22/2022 at 3:46 PM CST and filed on 11/19/2022
Case Name:         Garner v. Kidd et al
Case Number:       1:22-cv-06270
Filer:             James Garner
Document Number: 12

**Docket Text:**
**SUMMONS Returned Executed by James Garner as to Rose Bishop on 11/16/2022, answer due 12/7/2022; Timothy C. Evans on 11/16/2022, answer due 12/7/2022; Laura A. Henry Kelly on 11/16/2022, answer due 12/7/2022; Steven Kidd on 11/16/2022, answer due 12/7/2022; Iris Y. Martinez on 11/16/2022, answer due 12/7/2022; Pinal Patel on 11/16/2022, answer due 12/7/2022; George Scully on 11/16/2022, answer due 12/7/2022; Tamara on 11/16/2022, answer due 12/7/2022; Kelly Wright on 11/16/2022, answer due 12/7/2022. (cxr, )**

**1:22-cv-06270 Notice has been electronically mailed to:**

James Garner    businessconsult1@yahoo.com

**1:22-cv-06270 Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1040059490 [Date=11/22/2022] [FileNumber=25441293
-0] [618ce2dd065b60a3a34ae0e0eb9eb16820665eacca6c17c3c4c7bf9a37695948f
b821ef04377afebae94f0b57a9222ff1365ee7ae7251a9d20533ec197b431be]]

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES GARNER, | ) | |
| | ) | No.  22 CV 06270 |
| Plaintiff, | ) | |
| v. | ) | Honorable Franklin U. Valderrama |
| | ) | U.S. District Judge |
| STEVEN KIDD, | ) | |
| **THOMAS COSTELLO**, et al., | ) | Susan E. Cox |
| Defendants, | ) | Magistrate Judge |

### NOTICE OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY THE COURT WITH REGARD TO DEFENDANTS SHERIFF BADGE-#11080, SHERIFF BADGE-#50104824, AND GEORGE J. VOURNAZOS FOR FAILURE TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Plaintiff, JAMES GARNER, hereby rendering above aforementioned "Plaintiff's Motion For Default Judgment By The Court With Regard To Defendants Iris Y. Martinez, Pinal Patel, Rose Bishop, And Tamara For Failure To Answer Or Otherwise Plead", by Emailing a copy of this pleading to the following Defendant and or Attorney and or agent for Defendant(*s*), pursuant to this Federal lawsuit(*#22cv06270*):

### SERVICE LIST

1. Defendant Pinal Patel
   50 W. Washington St.  #1001 & #1202,
   Chicago, Illinois 60602
   **PzPatel@cookcountycourt.com**

Respectfully Submitted,

By: _____
Pro Se Plaintiff

JAMES GARNER
Plaintiff ;  P.O. Box 4360;
Chicago, Illinois 60680 ;
**BusinessConsult1@yahoo.com**